UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **PHYLLIS CRUTCHER** | ) | ECF CASE |
| | ) | |
| **Plaintiff** | ) | Case Number: 1:11-cv-00678-PGG |
| | ) | |
| vs. | ) | |
| | ) | |
| **ALLIED INTERSTATE, INC.,** | ) | |
| a wholly-owned subsidiary of iQor, Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, PHYLLIS CRUTCHER, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Attorney I.D. #89677
Warren & Vullings, LLP
93 Old York Road
Jenkintown, PA 19046
215-745-9800